STATE OF NEW JERSEY v. ERNEST COFIELD.

March 27, 1984.

Petition for certification denied.

EWING TOWNSHIP v. WILBUR H. MATHESIUS AND ATTORNEY GENERAL OF NEW JERSEY.

March 27, 1984.

Petition for certification denied. (See 193 *N.J.Super.* 65 (1984))

STATE OF NEW JERSEY v. G.B.

March 27, 1984.

Petition for certification denied.